uary 22, 1916.) Order reversed with $10 costs and disbursements and motion denied. Held: It appears from the interlocutory judgment and the decision or order therefor, that there was a trial of the issue of law. Costs as of a trial were, therefore, taxable even if the trial was had at a term not appointed for trials. All concur.

In the Matter of the Petition of James C. GRINDROD, etc., for an order revoking and canceling Liquor Tax Certificate No. 18535, issued to Joseph Kerwin. Catherine Kerwin, Intervener. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Motion for stay denied, without costs. See, also, 155 N. Y. Supp. 1111.

In re GROSS. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) In the matter of the judicial settlement of the account of Helena Gross, as administratrix, etc., of Julius Gross, deceased. No opinion. Motion denied on condition that appellant perfect the appeal, place the case on the January calendar, 1916, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Philip M. GROSSMAN, Respt., v. Albert H. WOODS, Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Ingraham, P. J., and Clarke, J., dissenting. Order filed.

In the Matter of Edward M. GROUT. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion granted.

Simon GURSKY v. Frank M. BLAIR. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application granted. Settle order on notice.

H. Burt HAGUES v. George E. CAMP. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Appeal dismissed without costs upon stipulation filed.

HALBE, Appellant, v. ADAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by William A. Halbe against Samuel Adams and others. No opinion. Order (155 N. Y. Supp. 995) affirmed, with $10 costs and disbursements. Order filed.

Martha E. HALFPENNY, respondent, v. F. & D. COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the evidence was not sufficient to warrant the submission to the jury of the width of the step on which plaintiff fell as a question or specification of negligence, and that the evidence was not sufficiently clear to warrant the jury in finding that the

doors, if open folded, as defendant evidently designed them to be, would be a proximate cause of the accident, and that this defendant is not liable for the negligence of the lessee in leaving such doors open beyond the half exposed when folded. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

George F. HALL, respondent, v. NEW YORK TELEPHONE COMPANY, appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

George F. HALL, respondent, v. NEW YORK TELEPHONE COMPANY, appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

Charles E. HALL v. Clark WILLIAMS. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, unless appellant complies with terms stated in order. Order filed.

John P. HALLERAN, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Milton HANER, respondent, v. Philip REUTENAUER, appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

In the Matter of the application of Nathan H. HARRIS, for admission to the bar. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Application granted.

Edwin La Forrest HARVEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

HAYES v. AMERICAN BRIDGE CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by George S. Hayes against the American Bridge Company. No opinion. Motion denied, with $10 costs. Order filed, See, also, 155 N. Y. Supp. 449.

George S. HAYES v. AMERICAN BRIDGE CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

HAYNES, Respondent, v. COOKE & COBB CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Mary Haynes, an infant, by Harry Haynes, her guardian ad litem, against the Cooke & Cobb Company. No opinion. In face of the testimony of plaintiff's witnesses, and the evidence of common usage to guard and